FILED

2008 DEC 12 PM 2 52

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER SHULER, CAROL SHULER )
    Plaintiffs )
    Pro Se )
v. )
INGRAM & ASSOCIATES, )
NCO FINANCIAL SYSTEMS INC, )
    Defendants )
     )

CIVIL ACTION NO. 2:08-cv-1238-UWC

## DECLARATION OF ROGER AND CAROL SHULER

1. We have personal knowledge of the facts alleged herein.

2. We reside at 5204 Logan Drive, Birmingham, Alabama, 35242.

3. We are the plaintiffs in the above-styled action.

4. Defendant Ingram & Associates ("Ingram") served us with an Answer and Motion to Dismiss, dated November 11, 2008.

5. In a Show Cause Order dated December 1, 2008, this court notified us that it had received no response from Ingram in the above-styled matter.

6. Persuant to this court's Show Cause Order and Rule 55 of the Federal Rules of Civil Procedure, we are seeking a default judgment against Ingram.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December, 2008

*Roger Shuler* (signature)

Roger Shuler

*Carol Shuler* (signature)

Carol Shuler

*Charles F. Morton* (signature)     12/11/08

Notary Public

My Commission Expires Nov. 26, 2011