FILED
2011 Apr-18 PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 13, 2011

Sharon Harris
United States District Court
1729 FIFTH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 10-14509-FF
Case Style: Roger Shuler, et al v. Ingram & Associates, et al
District Court Docket No: 2:08-cv-01238-AKK

The referenced appeal was dismissed on 11/24/2010.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from the date of this letter.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, FF
Phone #: (404) 335-6179

REINST-1 Appeal Reinstated

Filed

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-14509-FF

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 13 2011

JOHN LEY
CLERK

ROGER SHULER,
CAROL SHULER,

        Plaintiffs - Appellants,

versus

INGRAM & ASSOCIATES,
NCO FINANCIAL SYSTEMS, INC.,

        Defendants - Appellees.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

Before: BARKETT and MARCUS, Circuit Judges.

BY THE COURT:

    Appellant's Motion to Reinstate Appeal is granted.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia